FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 27, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

BRIAN G.,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

NO: 2:26-CV-0099-TOR

ORDER GRANTING STIPULATED MOTION FOR REMAND

BEFORE THE COURT is the parties' Stipulated Motion for Remand (ECF No. 12). The parties have agreed that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS HEREBY ORDERED:**

1. The Parties' Stipulated Motion for Remand (ECF No. 12) is **GRANTED**. This case is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

2. Upon remand, the Administrative Law Judge will be directed to further

consider the nature, severity and limitations associated with Plaintiff's alleged headaches, seizures, and brain injury, in light of all the relevant evidence for the period at issue; make efforts to further develop the record; offer Plaintiff the opportunity for a hearing; and issue a new decision on the issue of disability through the date last insured.

3. Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses, and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d).

4. All pending motions, hearings and the remaining briefing schedule are **vacated** as moot.

The District Court Executive is hereby directed to file this Order, provide copies to counsel, enter **JUDGMENT** for Plaintiff, and **CLOSE** the file.

DATED August 27, 2026.

THOMAS O. RICE
United States District Judge